**T. Francis CAMPBELL, Appellant, v. UNITED STATES of America.**

No. 10190.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1935.

Walter L. Brady, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., for the United States.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellee for failure to comply with rules 23 and 24 of this court, etc.